United States District Court
for the
Southern District of Florida

| Juan Francisco Vega, Petitioner, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Civil Action No. 19-23891-Civ-Scola |
| | ) | |
| Rebecca Kapusta, Respondent. | ) | |

### **Order Denying Certificate of Appealability**

This matter is before the Court on Petitioner's motion for a certificate of appealability. (ECF No. 18.) Upon careful review, the Court denies the Petitioner's motion.

A certificate of appealability may issue only if the petitioner has "shown that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Lambrix v. Secretary, Fla. Dep't of Corrections*, 851 F.3d 1158, 1169 (11th Cir. 2017). "When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a [certificate of appealability] should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right <u>and</u> that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.* (emphasis in original) (citations and quotations omitted).

Here, this Court dismissed the Petitioner's complaint as duplicative of the Petitioner's § 2254 petition currently pending before Judge Altonaga. (ECF No. 13 at 3.) Therefore, the Court dismissed the petition on procedural grounds, not on the merits. Having carefully reviewed the Petitioner's motion for a certificate of appealability, the Court concludes that the Petitioner fails to show that jurists of reason would find the correctness of the underlying procedural ruling fairly debatable or wrong.

Accordingly, the Court **denies** the Petitioner's motion for a certificate of appealability. (**ECF No. 18**.)

**Done and ordered**, at Miami, Florida, on December 10, 2019.

_____
Robert N. Scola, Jr.
United States District Judge