United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Juan Francisco Vega, Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-23891-Civ-Scola |
| | ) | |
| Rebecca Kapusta, Respondent. | ) | |

## Order Adopting Magistrate Judge's Report And Recommendation

This matter was referred to United States Magistrate Judge Lisette M. Reid for a report and recommendation on Petitioner's motion for leave to appeal in forma pauperis. (ECF No. 23.) On December 19, 2019, Judge Reid issued a report, recommending that the Court deny the motion. (Report of Magistrate, ECF No. 26.)

The Court has considered Judge Reid's report, the Petitioner's objections, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 26**). The Court **denies** the Petitioner's motion for leave to appeal in forma pauperis. (**ECF No. 23**). The Court also **denies** the Petitioner's latest motion **(ECF No. 27)** which appears to be another motion for leave to appeal in forma pauperis.

**Done and ordered**, at Miami, Florida, on January 16, 2020.

_____
Robert N. Scola, Jr.
United States District Judge